IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

APC, INC.            )
                     )   No. 3-10-0444
v.                   )
                     )
SOLVEIG HUSETH       )

O R D E R

The defendant's motion for leave to file a reply brief (Docket Entry No. 10) is GRANTED.

The Clerk is directed to file and docket the defendant's reply (Docket Entry No. 10-1).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge