IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

APC, INC.          )
                   )  No. 3-10-0444
v.                 )
                   )
SOLVEIG HUSETH     )

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, with modifications addressed at the initial case management conference held on June 14, 2010. Those modifications and other matters addressed on June 14, 2010, are as follows:

1. The parties shall complete all written discovery by February 1, 2011. In other words, any written discovery shall be served in sufficient time so that responses are in hand by February 1, 2011.

2. All fact discovery shall be completed by April 1, 2011.

3. Any discovery motions shall be filed by April 4, 2011.

4. Inasmuch as plaintiff's counsel represented that the plaintiff will not use any experts and defendant's counsel represented that, under those circumstances, the defendant will not use any experts, the proposed deadline for taking expert depositions has been deleted since there will be no experts in this case.

5. Any dispositive motion shall be filed by May 9, 2011. Any response shall be filed within 21 days of the filing of the motion or by May 30, 2011, if the motion is filed on May 9, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by June 13, 2011, if the response is filed on May 30, 2011.

No further filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Robert L. Echols.

There shall be no stay of discovery before the April 1, 2011, deadline for completion of fact discovery even if a dispositive motion is filed prior thereto.

6. Counsel for the parties shall immediately notify the Magistrate Judge upon the ruling on the defendant's pending motion to dismiss (Docket Entry No. 4). Further proceedings will be scheduled, as appropriate, at that time to address the progression of the case, including, but not necessarily limited to, deadlines for filing motions to add additional parties and for filing motions to amend the pleadings other than to add parties.

In consultation with Judge Echols' office, a trial is scheduled on **September 13, 2011, at 9:00 a.m.**[1] The parties estimate that the trial will last two (2) days.

A pretrial conference is also scheduled before Judge Echols on **Monday, July 25, 2011, at 1:30 p.m.**

The parties' obligations prior to the pretrial conference will be set forth by separately entered order.

It is so ORDERED.

                                                        JULIET GRIFFIN
                                                        United States Magistrate Judge

---

[1] The plaintiff has not demanded a jury. Although the defendant will probably not demand a jury, the defendant will make a final determination when and if she files an answer after the resolution of her pending motion to dismiss.