IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

APC, INC. )
) No. 3-10-0444
v. )
)
SOLVEIG HUSETH )

O R D E R

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for his consideration of the defendant's motion to dismiss and accompanying filings (Docket Entry Nos. 4-6), the plaintiff's response (Docket Entry No. 7), and the defendant's reply (Docket Entry No. 12).

The motion to dismiss is fully briefed and there shall be no further filings in support of or in opposition to the defendant's pending motion to dismiss.

There shall be no stay of discovery pending the resolution of the defendant's pending motion to dismiss.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge