UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:10-0444 |
| v. | ) JUDGE ECHOLS |
| | ) |
| SOLVEIG HUSETH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum filed contemporaneously herewith, Defendant Solveig Huseth's Motion To Dismiss For Lack of Personal Jurisdiction And Failure To Join A Party Under Rule 19 (Docket Entry No. 4) is hereby GRANTED IN PART and DENIED AS MOOT IN PART. The motion is GRANTED due to Plaintiff APC, Inc.'s failure to show that the Court has personal jurisdiction over Defendant Solveig Huseth. Defendant's motion to dismiss for failure to join International Theatres Corporation d/b/a Chanhassen Dinner Theatres as an indispensable party is DENIED AS MOOT.

This case is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE